United States District Court in the Middle District of Florida, Tampa Division

James Edward Grimes
    Petitioner          CASE NO:
    -V-                 8:23 cv 1090 MSS-SPF
Hernando County Sheriff's Department
Employee's
Major Klucznic - MCSO Jail Administrator.
Ms. T. Griffin, Finances H.C.S.O Employee - Jail Division.
Mrs. Teele - Jail Division - Finances H.C.S.O.

Petition for writ of Mandamus

Comes now the Petitioner in the above style cause and manner whereupon he prays that this Honorable Court invoke it's jurisdiction in this matter and act upon it's rightful authority in such said Petition for Writ of Mandamus and issue an order of Show Cause.

p.1


## Statement of Facts

On May 13th 2021 petitioner received a federal stimulus check while in the custody of the Hernando County Sheriff's Department. The check amount was for $1,802 07/100, it was deposited into my commissary account here at the jail. At the time of deposit it was "Retroactively" Garnished by listed Respondent Mrs. Teele whom works for the Hernando County Sheriff's Department in a position of trust. The garnishment amounted to an actual $284.16 of "Past" accrued debts to the jail for, but not limited to subsistence fees, booking fees, medical fees. Petitioner bonded out of jail on or about 5-18-2021 and did not receive the $284.16 upon his release. Petitioner was returned to custody within the same year "2021" petitioner bonded out of jail yet again on or

-2-

Statement of facts
Continued.

About 2-4-2022 And received a Discharge of offenses on 3-4-2022. Petitioner is Again in the custody of the Hernando County Sheriff's Department And has still not received the $284.16/100 of "EXEMPT" stimulus money. On 5-2-2023 listed respondent Mrs. T. Griffin did in fact by means of her actions Along with listed Respondent major. Klucznik both H.C.S.O. employees Admit through their Actions And responses to request And grievances with the internal smartjailmail.com system to "wrong doings" By "temporarily" Replaceing funds in the amount of $284.16/100 into my Commissary Account only to "Retroactively" take funds from it yet again. As in an effort to take a second Bite of the proverbial Apple. Because these monies in question $284.16/100 were

-3-

## Statement of Facts

In fact monies derived from the federal stimulus checks issued they were "exempt" to any and all debt intrusion, such as child support, student loans, and including one government agency paying another. On multiple occassions my efforts to contact the financial officers "employees" was continuously thwarted by Major Klucznik. Denials without cause or representation. He is the Jail Administrator "The Per Se" ultimate authority. He has constantly imbeded himself into my finances without allowing those responsible for financial affairs to do their respective assigned jobs. As of this date of 5-11-2023 just two days short of (2) two years, I have yet to receive all of my stimulus check unguarnished. The stimulus money was signed into effect by the United States

-4-

## STATEMENT OF FACTS CONTINUED.

Congress and the then appointed President of the United States to "stimulate" the economy by a world wide pandemic. It was not to be garnished from past debt, but in an effort to further regress any purposeful influx into the growth of the economy due in part from myself Major Klucznik, Ms. T. Griffin and Ms. Teele took in upon themselves to violate the economic impact payment laws in effect by shunning them and garnishing those Economic Impact payment checks they received here at the Hernando County Jail. All participants listed as respondents have been appraised of their wrong-doings which are actual theft in nature of a federal fund and as acknowledging to my request and grievances that they will

-5-

## Statement of Facts Continued

one day straighten out my account and it will follow me to "wherever I go" it did not follow me two years ago. That is an undisputable fact. The Hernando County Sheriff's Department "Jail Division" was in possession of "my" stimulus money since 5-13-2021 in their account, not mine.

## Argument

Hernando County employee's/respondent's - Major Klucznik / Mrs. Teele, Ms. T. Griffin are responsible of theft of federal funds in which if I had not of uncovered would have unjustifiably stolen for good. Hernando County Sheriff's Dept. is a Sheriff's Dept with zero transparency. All of the respondents have been

-6-

## Arguement Continued

and still are active participants in federal funds theft. When a party knowingly and willfully involves oneself into a criminal act such as theft either by the act itself or omitting the facts, then after being duly made aware of the unlawfulness of the act, then they are no longer under Qualified Immunity and should be held accountable "criminally". The respondents have broken the law and are trying to hide behind a "Green Shield" the uniform of the Sheriff's Department employ. This same department has sold inmates debts to debt collection agencies and still garnished it's detainee's for what it had already been paid for. One can only speculate how many hundreds of thousands of illegally obtained dollars that the Hernando

-7-

## Arguement Continued

County Sheriff's Department has accrued through a guise of substinence and booking fee's etc. Thousands of past and present detainee's not only had thier debts sold into collections, but also have had thier federal economic impact paciment checks illegally garnished by the respondents.

## Relief Sought

That all respondents be held fully accountable for thier illegal actions, that a full and complete financial investigation be launched into the Hernando County Jail's finance records by a federally appointed audit team that are independent contractors from an out of county venue, that upon findings of illegally gotten gains accrued from inmates accounts, that it be

-8-

Relief Sought Continued

posted on the Hernando County Sheriff's Department official website and also in the local and state news papers pertaining to the investigation and what it uncovers and hold the County Sheriff's Dept Responsible for paying back "All" past and present Detainees "All" funds illegally obtained by this overwhelming corrupt Department. I have never been involved in a financial battle with such an resourceful entity. Nor have I ever asked this Honorable Court to review any matters. I am a pro se: litigant in this matter and ask this Honorable Court to use it's Discretionary Authority and Act in a professional and lienent manner toward a "legally uneducated petitioner" where as I am.

-9-

## Affidavit of Insolvency

Comes now the Petitioner in the aforementioned cause and by oath of his signature does duly and lawfully attest that he is insolvent and has not divested himself in order to make this oath.

*James Grimes*
JAMES GRIMES

**RECEIVED**

MAY 17 2023

USAO - MDFL - TAMPA